IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEAN BASTILLA, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. **04-185-WDS** |
| | ) |
| **THE VILLAGE OF CAHOKIA,** | ) |
| **ILLINOIS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the Motion to Withdraw as Counsel **(Doc. 34)** is **GRANTED.**

John D. Briggs is granted leave to withdraw as counsel for defendants.

Russell F. Watters remains as counsel for defendants .

**IT IS SO ORDERED.**

**DATED: May 30, 2007.**

    **s/ Clifford J. Proud**
    **CLIFFORD J. PROUD**
    **U. S. MAGISTRATE JUDGE**